FILED
CLERK, U.S. DISTRICT COURT

03/06/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     Case No.: 5:26-mj-00119
                                    )
              Plaintiff,            )     ORDER OF DETENTION PENDING
                                    )     FURTHER REVOCATION
        v.                          )     PROCEEDINGS
                                    )     (FED. R. CRIM. P. 32.1(a)(6); 18
Alberto Camacho Osorio,             )     U.S.C. § 3143(a)(1))
                                    )
              Defendant.            )
                                    )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of Arizona _____ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ☑ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

☑ information in the Pretrial Services Report and Recommendation

☑ information in the violation petition and report(s)

☐ the defendant's nonobjection to detention at this time

☑ other: recent arrest, allegations of failure to comply with USPO directives

1

and/ or

B. ☐  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    ☐  information in the Pretrial Services Report and Recommendation

    ☐  information in the violation petition and report(s)

    ☐  the defendant's nonobjection to detention at this time

    ☐  other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 6, 2026

ANGELA C. C. VIRAMONTES
UNITED STATES MAGISTRATE JUDGE

2